JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17  **UNITED STATES DISTRICT COURT FOR THE**

18  **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | CASE NO.: CV 13-05635-GW(CWx) |
| Plaintiff, | **FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANT CURTIS JEAN-FRANCOIS** |
| v. | |
| CURTIS JEAN-FRANCOIS, an Individual, and DOES 1-10, Inclusive, | |
| Defendants. | |

The Court, pursuant to the Stipulation for Entry of Final Judgment, Including Permanent Injunction ("Stipulation"), between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), and Defendant CURTIS JEAN-FRANCOIS ("Defendant"), hereby ORDERS, ADJUDICATES, and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the Complaint in the above-referenced matter as follows:

1.   <u>FINDINGS OF FACTS</u>

A.   This case involves Plaintiff's claims of Federal Trademark Infringement arising under 15 U.S.C. §1114(1), Federal False Designation of Origin/False or Misleading Advertising/Unfair Competition under 15 U.S.C. §1125(a); Federal Trademark Dilution under 15 U.S.C. 1125(c), Federal Copyright Infringement under 17 U.S.C. 501(a), Unfair Business Practices pursuant to California Business and Professions Code §17200, and Unfair Competition under California Common Law.

B.   The Court has jurisdiction in this matter over as Plaintiff's Federal Claims and Plaintiff's California statutory and common law claims pursuant to 28 U.S.C. §1367 as they are related to the federal claims and arise out of the same case or controversy.

C.   Plaintiff is the source of the Adobe® line of products and services, including the Adobe®, Creative Suite® and Acrobat®-branded products and services, and uses and owns various trademarks (registered with the United States Patent and Trademark Office), copyrights (registered with the United States Copyright Office) and other intellectual property on and in connection with such products and services, including, among others, its Adobe® Creative Suite®, and Acrobat® word and design marks, its copyrights in and related to its software, websites, text and other works of authorship, along with various trademark and copyright applications and registrations therefor in the United States and abroad (ADOBE's trademarks, trade names, service marks, copyrights, and other

intellectual property are collectively referred to herein as "Plaintiff's Trademarks and Copyrights").

D.      Plaintiff alleges that Defendant has willfully and intentionally distributed and sold unauthorized and counterfeit copies of Plaintiff's products bearing and/or utilizing the Plaintiff's Trademarks and Copyrights without the authorization of Plaintiff.

E.      Plaintiff holds exclusive rights in and to its trademarks and works of authorship, including the exclusive right to copy and distribute products utilizing Plaintiff's Trademarks and Copyrights.

F.      Defendant's alleged infringing conduct and the sale of the alleged infringing products included the alleged sale and distribution of unauthorized and non-genuine products which displayed, infringed upon, and diluted Plaintiff's trademarks and copyrights; that through his activities he has infringed Plaintiff's rights in Plaintiff Trademarks and Copyrights; and that his conduct and activities constitute Federal Trademark Infringement, Federal False Designation of Origin/False or Misleading Advertising/Unfair Competition, Federal Trademark Dilution, Federal Copyright Infringement, Unfair Business Practices pursuant to California Business and Professions Code §17200, Unfair Competition under California Common Law, and other violations of various state and federal statutory and common law.

G.      Defendant's alleged infringing conduct has caused irreparable harm to Plaintiff's Trademarks and Copyrights and any further infringing conduct on the part of Defendant would result in further irreparable harm to Plaintiff's Trademarks and Copyrights.

2.      <u>STIPULATED FOREFEITURE</u>.  Defendant shall forfeit to Plaintiff, through its counsel of record, Johnson & Pham, LLP, all inventory in its possession or control of software bearing or otherwise making use of Plaintiff's Trademarks and Copyrights.

3.   <u>STIPULATED MONETARY JUDGMENT</u>.   By stipulation of the parties, Judgment is entered in favor of Plaintiff and against Defendant, and Plaintiff is awarded the monetary sum of Two Hundred Fifty Thousand Dollars ($250,000.00) on Plaintiff's Complaint for Damages.

4.   <u>STIPULATED PERMANENT INJUNCTION</u>.   Adobe has no adequate remedy at law against the acts of Defendant complained of herein, or for acts of third-parties who may have acted in concert with, on behalf of, or at the direction of Defendant, as injury to Plaintiff's reputation, goodwill cannot and to its works of authorship cannot be quantified and such injury cannot be compensated by monetary amounts and is otherwise irreparable.   Therefore, entry of a permanent injunction against Defendant is appropriate and warranted. Accordingly, Defendant and any person or entity acting in concert with, or at his direction, including any and all officers, directors, agents, servants, employees, and any others over which he may exercise control, are hereby restrained and enjoined, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

a.   importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, any of Plaintiff's trademarks and copyrights, including, but not limited, Plaintiff's Trademarks registered with the United States Patent and Trademark Office (including, but not limited to, ADOBE®, ACROBAT®, AFTER EFFECTS®, CONTRIBUTE®, CREATIVE SUITE®, DREAMWEAVER®, ENCORE®, FIREWORKS®, FLASH®, FLASH BUILDER®, FLASH CATALYST®, ILLUSTRATOR®, INDESIGN®, LIGHTROOM®, PHOTOSHOP®, and SOUNDBOOTH®) and works of authorship copyrighted and registered with the United States Copyright Office (including, but not limited to, ACROBAT 9 PRO©, AFTEREFFECTS CS5©, ADOBE CREATIVE SUITE 5©, ADOBE DREAMWEAVER CS5©, ADOBE FLASH BUILDER 4©, CONTRIBUTE CS5©, DREAMWEAVER CS5©,

ADOBE FIREWORKS CS5©, FLASH©, ILLUSTRATOR©, INDESIGN©, and PHOTOSHOP©). A non-exhaustive list of Plaintiff's registered trademarks is attached and incorporated by reference herein as **Exhibit A** (collectively referred to as "Plaintiff's Trademarks"). A non-exhaustive list of Plaintiff's registered copyrights is attached and incorporated herein as **Exhibit B** (collectively referred to as "Plaintiff's Copyrights");

      b.     importing, exporting, downloading, uploading, marketing, selling, offering for sale, distributing or dealing in any activation codes, keys, or serial numbers relating to any of Plaintiff's purported Trademarks and Copyrights, including but not limited to Plaintiff's ADOBE®, ACROBAT®, AFTER EFFECTS®, CONTRIBUTE®, CREATIVE SUITE®, DREAMWEAVER®, ENCORE®, FIREWORKS®, FLASH®, FLASH BUILDER®, FLASH CATALYST®, ILLUSTRATOR®, INDESIGN®, LIGHTROOM®, PHOTOSHOP®, and SOUNDBOOTH® trademarks and Plaintiff's works of authorship copyrighted and registered with the United States Copyright Office including, but not limited to, ACROBAT 9 PRO©, AFTEREFFECTS CS5©, ADOBE CREATIVE SUITE 5©, ADOBE DREAMWEAVER CS5©, ADOBE FLASH BUILDER 4©, CONTRIBUTE CS5©, DREAMWEAVER CS5©, ADOBE FIREWORKS CS5©, FLASH©, ILLUSTRATOR©, INDESIGN©, and PHOTOSHOP©;

      c.     importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Original Equipment Manufacturer ("OEM"), educational, government, or Adobe Employee Software Purchasing Program software, activation keys, code, or serial numbers relating to Plaintiff's ADOBE®, ACROBAT®, AFTER EFFECTS®, CONTRIBUTE®, CREATIVE SUITE®, DREAMWEAVER®, ENCORE®, FIREWORKS®, FLASH®, FLASH BUILDER®, FLASH CATALYST®, ILLUSTRATOR®, INDESIGN®, LIGHTROOM®, PHOTOSHOP®, and

SOUNDBOOTH® trademarks and Plaintiff's works of authorship copyrighted and registered with the United States Copyright Office including, but not limited to, ACROBAT 9 PRO©, AFTEREFFECTS CS5©, ADOBE CREATIVE SUITE 5©, ADOBE DREAMWEAVER CS5©, ADOBE FLASH BUILDER 4©, CONTRIBUTE CS5©, DREAMWEAVER CS5©, ADOBE FIREWORKS CS5©, FLASH©, ILLUSTRATOR©, INDESIGN©, and PHOTOSHOP©; and

     d.   using any Internet domain name that includes any of Plaintiff's Trademarks and Copyrights, including the ADOBE®, ACROBAT®, AFTER EFFECTS®, CONTRIBUTE®, CREATIVE SUITE®, DREAMWEAVER®, ENCORE®, FIREWORKS®, FLASH®, FLASH BUILDER®, FLASH CATALYST®, ILLUSTRATOR®, INDESIGN®, LIGHTROOM®, PHOTOSHOP®, and SOUNDBOOTH® trademarks and Plaintiff's works of authorship copyrighted and registered with the United States Copyright Office including, but not limited to, ACROBAT 9 PRO©, AFTEREFFECTS CS5©, ADOBE CREATIVE SUITE 5©, ADOBE DREAMWEAVER CS5©, ADOBE FLASH BUILDER 4©, CONTRIBUTE CS5©, DREAMWEAVER CS5©, ADOBE FIREWORKS CS5©, FLASH©, ILLUSTRATOR©, INDESIGN©, and PHOTOSHOP©;

     5.   <u>SCOPE OF ENFORCEABILITY OF FINAL JUDGMENT</u>.  The Final Judgment, Including Permanent Injunction, Against Defendant, shall only apply to present claims of Plaintiff at the date of execution and entry by the Court of this Final Judgment, Including Permanent Injunction, Against Defendant, and *does not include any future unknown claims that may arise thereafter*.

     6.   <u>NO APPEALS AND CONTINUING JURISDICTION.</u>  No appeals shall be taken from the Final Judgment Including Permanent Injunction, Against Defendant, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final

Judgment Including Permanent Injunction, Against Defendant by and between Plaintiff and Defendants.

      7.   <u>NO FEES AND COSTS.</u>  Each party shall bear its own attorneys' fees and costs incurred in this matter.

      IT IS SO ORDERED, ADJUDICATED, and DECREED this 28th day of July, 2014.

_____
HON. GEORGE H. WU
United States District Judge